**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JEFFREY DENNIS,<br><br>Plaintiff<br><br>v.<br><br>C.O. STROUSE, *et al.*<br><br>Defendants. | CIVIL ACTION NO. 3:25-cv-01871<br><br>(MEHALCHICK, J.) |

**ORDER**

AND NOW, this 15th day of September 2026, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

1. Plaintiff's motion to partially dismiss the complaint (Doc. 11) is DENIED as moot.

2. Plaintiff's amended motion to partially dismiss the complaint (Doc. 12) is GRANTED in part and DENIED in part.

3. Plaintiff's equal protection claims under the Fourteenth Amendments are DISMISSED without prejudice.

4. Plaintiff's deliberate indifference claim under the Eighth Amendment against Defendant Raimer will not be dismissed.

5. All conspiracy claims under 42 U.S.C. § 1985 and failure to prevent conspiracy under 42 U.S.C. § 1986 are DISMISSED without prejudice.

6. Plaintiff's retaliation claims under the First Amendment against all Defendants stemming from the lawsuit at SCI-Houtzdale are DISMISSED with prejudice.

7. Plaintiff's retaliation claims under the First Amendment against Defendants Strouse and Bellino based on the grievance filed following the October 3, 2023 use of force will not be dismissed.

8. Plaintiff's state tort law claims raised against Defendants Kraynak, Pinkey, and Ramer in their official capacity are DISMISSED with prejudice.

9. Plaintiff's state tort law claims raised against Defendants Kraynak, Pinkey, and Ramer in their individual capacity are not dismissed.

10. Plaintiff's Eighth Amendment claims against Defendants Pinkey and Kraynak are DISMISSED without prejudice.

11. Plaintiff's First Amendment access to court claim against Defendant Kraynak is not dismissed.

12. Defendants did not challenge the excessive force claims, assault claims, battery claims, and intentional infliction of emotional distress claims against Defendants Strouse and Belino based on the events of October 3, 2023.

13. Defendants will answer the remaining claims by October 15, 2026.

s/ Karoline Mehalchick

**KAROLINE MEHALCHICK**
**United States District Judge**